# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | 2:16-cv-00438-MMD-VCF |
| vs. | |
| INSPIRADA COMMUNITY ASSOCIATION, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *Bank of America, N.A. v. Inspirada Community Association, et al.*, case no. 2:16-cv-00438-MMD-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:30 a.m., June 2, 2016, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 10th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE