AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

BANK OF AMERICA N.A.,

     Plaintiff,     JUDGMENT IN A CIVIL CASE

  v.

                                CASE NUMBER:  2:16-cv-00438-MMD-PAL

INSPIRADA COMMUNITY
ASSOCIATION, et al.,

     Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that LJSG's Motion to Dismiss (ECF No. 44) is granted and its Motion for Sanctions (ECF No. 43) is denied. Judgment is entered in favor of LJSG.

July 10, 2017                                                                **DEBRA K. KEMPI**
                                                                                                       Clerk

                                                                                                        /s/ K. Rusin
                                                                                                        Deputy Clerk