**LEACH KERN GRUCHOW
ANDERSON SONG**
SEAN L. ANDERSON
Sanderson@lkglawfirm.com
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
cpittsenbarger@lkglawfirm.com
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone:      (702) 538-9074
Facsimile:      (702) 538-9113
*Attorneys for Defendant*
*Inspirada Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRADA COMMUNITY ASSOCIATION; SATICOY BAY, LLC SERIES 2080 ARTISTIC FLAIR WALK; LEACH, JOHNSON, SONG &GRUCHOW;<br><br>Defendants. | Case No. 2:16-cv-000438-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INSPIRADA COMMUNITY ASSOCIATION TO RESPOND TO BANK OF AMERICA, N.A. AND SATICOY BAY, LLC SERIES 2080 ARTISTIC FLAIR WALK'S MOTIONS FOR SUMMARY JUDGMENT** |
| SATICOY BAY LLC SERIES 2080 ARTISTIC FLAIR WALK,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant. | |

Plaintiff Bank of America, N.A. ("Plaintiff"), Defendant Saticoy Bay, LLC Series 2080 Artistic Flair Walk ("Saticoy") and Defendant Inspirada Community Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed its Motion for Partial Summary Judgment on November 1, 2018 (**ECF 84**). Said Motion was served on the Association on November 1, 2018.

2. Saticoy filed its Motion for Partial Summary Judgment on November 1, 2018 (**ECF**

**LEACH KERN GRUCHOW ANDERSON SONG**
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

1    **85**).  Said Motion was served on the Association on November 1, 2018.

2    3.  Pursuant to Local Rule, Responses to the Motions are due on or before November 26,

3        2018.

4    4.  The law firm of Leach Kern Gruchow Anderson Song is in the process of substituting

5        in to represent the Association in this matter.  The Motion to Substitute Counsel for

6        the Association was only recently submitted to the Association and the Robbins Law

7        Firm for their review and execution.

8    5.  Plaintiff, Saticoy and the Association by and through their counsel hereby agree and

9        stipulate to allow the Association an extension of time to file its Response to the

10       Motions for Summary Judgment.  The Association shall have up to and including

11       December 10, 2018, to file its Responses.

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 26th day of November, 2018.

AKERMAN LLP

/s/ Scott Lachman
_____
Ariel E. Stern
Nevada Bar No. 8276
Scott R. Lachman
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Counsel for Plaintiff*

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Adam R. Trippiedi
_____
Michael F. Bohn
Nevada Bar No. 1641
Adam R. Trippiedi
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Counsel for Saticoy Bay LLC Series 2080 Artistic Flair Walk*

LEACH JOHNSON SONG & GRUCHOW

/s/ T. Chase Pittsenbarger
_____
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant Inspirada Community Association*

## **ORDER**

**IT IS SO ORDERED**.

Dated this  17th  day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE